# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McDade, Joe B. | 2. Court or Organization<br><br>United States District Court, Central District for Illinois | 3. Date of Report<br><br>03/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.D. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

127 Federal Building
100 N.E. Monroe Street
Peoria IL 61602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ereritus Status Member | American Inn of Court/Abraham Lincoln of Peoria, Illinois |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | Illinois State Retirement System: Judicial Pension upon retirement in 1992 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Reliastar Life Ins (ING) | Policy Loan | J |
| 2. | Metropolitan Life Ins | Policy Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 03/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Accts | A | Interest | L | T | | | | | |
| 2. Note Rcvble Lexington Assoc Ltd | B | Interest | J | U | | | | | |
| 3. Met Life (universal life) | A | Dividend | J | T | | | | | |
| 4. Southside Bank Accts | A | Interest | L | T | | | | | |
| 5. Broker Acct #1 (H) | | | | | | | | | |
| 6. -Lincoln Natl Choice Plus Assurance L Share Variable Annuity | C | Dividend | L | T | | | | | |
| 7. Broker Acct #3 (H) | | | | | | | | | |
| 8. -Hartford ILA Leaders Outlook Variable Annuity IRA | B | Dividend | K | T | Distributed (part) | 10/18/16 | J | | |
| 9. Heartland Bank Acct | A | Interest | J | T | | | | | |
| 10. Vanguard IRA Acct (H) | | | | | | | | | |
| 11. -Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 12. -Vanguard S-T Investment-Grade Inv | A | Dividend | J | T | | | | | |
| 13. -Vanguard Health Care Fund Adm (conversion from Inv shares | A | Dividend | K | T | Distributed (part) | 12/30/16 | J | C | |
| 14. -Vanguard Dividend Growth Fund | A | Dividend | K | T | Distributed (part) | 12/30/16 | J | A | |
| 15. -Vanguard International Growth Adm (conversion from Inv shares) | A | Dividend | K | T | Distributed (part) | 12/30/16 | J | A | |
| 16. -Vanguard Selected Value Fund | A | Dividend | K | T | Distributed (part) | 12/30/16 | J | B | |
| 17. -Vanguard Mid Cap Index Fund Adm | A | Dividend | K | T | Distributed (part) | 12/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 03/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard/Individual Acct (H) | | | | | | | | | |
| 19. -GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 20. -S-T Investment-Grade Inv | A | Dividend | J | T | | | | | |
| 21. -Health Care Fund Adm Shares | D | Dividend | M | T | | | | | |
| 22. -Dividend Growth Fund (partial exchange to #33) | D | Dividend | K | T | Sold (part) | 12/30/16 | J | | |
| 23. -International Growth Fund Inv (partial conversion to Adm Shares #33) | A | Dividend | J | T | | | | | |
| 24. -Selected Value Fund | D | Dividend | M | T | | | | | |
| 25. -Mid Cap Index Fund Adm | B | Dividend | M | T | | | | | |
| 26. Vanguard Rollover IRA Acct (H) | B | Dividend | K | T | | | | | |
| 27. -Life Strategy Mod Growth | B | Dividend | K | T | Distributed (part) | 01/09/17 | J | A | |
| 28. Vanguard Indiv Acct (X) | | | | | | | | | |
| 29. -Vanguard Total Bond Mkt Index Adm | A | Dividend | J | T | | | | | |
| 30. Vanguard Brokerage Acct (H) (X) | | | | | | | | | |
| 31. -Abbott Laboratories (X) | A | Dividend | K | T | Buy | 08/29/16 | J | | |
| 32. -Vanguard Federal Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 33. International Growth Fund Adm(convers/ exchange from Div Growth 22) (X) | B | Dividend | L | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 03/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Item #3. Note Receivable -- Lexington Assoc. Ltd., a Colorado Ltd. Partnerhip c/o Cheyenne Mountain Investments, re installment sale of Lexington Hills Apartments, owned by Investors Land Tr #50 of which I own 1.9048% beneficial interest -- Jefferson Trust & Savings Bank, Trustee, Under Trust Agreement.

Item #23. This converstion-out of Inv shares to Adm shares took place in 2015, but information was inadvertently omitted from 2015 report.

Item #28/29. In connection with in-kind transfer of spouse's IRA acct with Wells Fargo to Vanguard (#26-29) sale proceeds used to buy Life Strategy Mod Growth reflected in #27 and remaining portion used to buy Total Bond Mkt Index Adm reflected in Vanguard Individual Acct #28/29. Item #27 functioned as Vanguard's money market settlement fund for existing brokerager accounts existing prior to 8/29/16, at which time Vanguard Federal Money Market Fund ( #32) became the only money market settlement fund for all new brokerage accounts.

Item #32- This is Vanguard's money market settlement fund, which on 8/29/16 held funds, a portion of which was used to buy Abbott Labs stock, and it performs function of a "sweep account" consisting solely of cash. The account earns "money market dividends".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe B. McDade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544